■ CULLENWOOD FARMS, LLC, Appellant, v WESTERN NEW YORK LAND CONSERVANCY, INC., Respondent. (Action No. 1.) WESTERN NEW YORK LAND CONSERVANCY, INC., Respondent, v JOHN S. CULLEN et al., Appellants. (Action No. 2.) (Appeal No. 2.) [885 NYS2d 689]—Appeal from an order of the Supreme Court, Erie County (John A. Michalek, J.), entered March 24, 2008 in a trespass action. The order, among other things, precluded defendants John S. Cullen and Cullenwood Farms, LLC from introducing certain evidence at trial.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see* CPLR 5501 [a] [1]). Present—Martoche, J.P., Centra, Peradotto and Green, JJ.